Case 5:25-cv-01465-KK-SHK   Document 1   Filed 06/12/25   Page 1 of 10   Page ID #:1

FAREED ROSHANDELL
701 N LOS FELICES CIR W # L117
PALM SPRINGS, CA 92262
(916)759-4458
EMAIL: fareed.roshandell@gmail.com



FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FEE PAID

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

FAREED ROSHANDELL ) Case No. EDCV25-01465-KK(SHKx)
)
PLAINTIFF ) COMPLAINT FOR DAMAGES
)
VS ) (1)   Negligence
)
UNITED STATES POSTAL SERVICES ) (2)   Breached of Contract
)
DEFENDANT )
)

## PRELIMINARY STATEMENT

1. Plaintiff Fareed Roshandell brings this action against Defendant United States Postal Services under the Federal Tort Claim Act.

2. Plaintiff action is for property damages as a result the negligent and wrongful act of Defendant's unknown employee, while acting within the scope of his office or his employment with the United States Postal Service under circumstances where the United States, if a private person, would be liable to the plaintiff in accordance with the laws of the State of California, the place where the incident occurred, under 28 U.S.C. § 1346(b).

3. Plaintiff has exhausted his administrative claims, as plaintiff filed the required claim form with Defendant and Defendant failed to make a final disposition within 45 days as set forth in 28 U.S.C. § 2675(a). See Exhibit 1.

1

4. Plaintiff alleges on documents provided by United States Postal Services as to all facts known to his, and on information and belief as to all other facts, as follows:

## JURISDICTION AND VENUE

5. This court has jurisdiction over the subject matter of this complaint under 28 U.S.C. § § 1331 and 1346(b).
6. On or about 03/04/2025, Plaintiff filed a claim with the United States Postal Service for the incident that occurred on 07/01/2024. See Exhibit 1 (Administrative Claim filed).
7. Plaintiff never received acknowledgment from the United States Postal Service regarding receipt of his claim. As of June 12, 2025, over 3 months after his unanswered claim was filed, Plaintiff filed this Complaint under 28 U.S.C. § 2401(b).
Plaintiff has elected to treat his claim as denied pursuant to 28 U.S.C. § 2675(a).
8. Venue is properly within this district under 28 U.S.C. § 1402(b) as the act that is the subject of this complaint occurred within the county of Riverside, State of California.

## PARTIES

9. Plaintiff Fareed Roshandell is and was at all relevant times a resident of the state of California, county of Riverside.
10. Defendant United States Postal Service is used for plaintiff's property damages caused by the negligent or wrongful acts or omissions of defendant's unknown employee, acting within the scope of his office or employment under circumstances where the United States, if a private person, would be liable to Plaintiff in accordance with the laws of the State of California. As such, the United State Postal Service is the appropriate Defendant under the Federal Tort Claim Act.

## GENERAL ALLEGATIONS

11. Plaintiff Fareed Roshandell is a citizen of the United States of America.
12. The event giving rise to this cause of action occurred in the July 1, 2024, at the United States Postal Service located at, 333 N Sunrise Way, Palm Springs, CA 92262.

13. United States Postal Service's unknown employee, acted in a negligent manner in handling the Plaintiff's package. The unknown employee carelessly mishandled and lost the package during the process and caused property damage to plaintiff.

14. At the time, the unknown employee was acting within the scope of his office or employment by the United States Postal Service, an agency of United States.

## FIRST CAUSE OF ACTION
### NEGLIGENCE
(Against All Defendants)

15. Plaintiff herby repeats and realleges each and every allegation contained in paragraph 1 through 14 inclusive, and incorporates the same herein by references as if set forth fully and completely at length.

16. At all times herein mentioned, Defendants, and each of them, had a duty to exercise reasonable care when handling the package to ensure that the package will arrives to its destination.

17. Defendant's unknown employee owed a duty to Plaintiff and, as described above, breached his duty to Plaintiff and was the direct and proximate cause and a substantial factor in bringing about Plaintiff's damages outlined below.

18. The action of Defendants constitute a tort of negligence under the laws of the state of California.

19. Defendant's unknown employee was acting within the scope of his office or employment by the United States Postal Service, an agency of the United States.

20. Under the Federal Tort Claims Act, Defendant United State Postal Services is liable for these actions.

21. As a result of the negligence of Defendant, Plaintiff has suffered property lost.

22. Plaintiff has sustained damages, as result to recover the damages, plaintiff has incurred other expenses related to recovery, the exact amount of which are not yet known.

23. See "Exhibit 1" of claim submitted by Plaintiff to Defendant prior to filing this Complaint.

## SECOND CAUSE OF ACTION
### Breach of Contract

24. Plaintiff incorporate all prior allegations of this Complaint by these references.

25. Plaintiff and Defendant entered into a valid and enforceable contract by insuring the package.

26. See "Exhibit 1 page 5" the declared value of the package was insured by United States Postal Service.

27. Pursuant to the contract, Defendant materially breached the agreement with Plaintiff as alleged above, including without limitation: (a) by failing to deliver the package, (b) by unfairly interfering with plaintiff right to recover the full value of the lost package as is stated in the contract is in violation of the implied covenant of good faith and fair dealing.

28. As a direct and proximate result of Defendant's breach of the contract, Plaintiff is entitled to recover his lost for the damages as alleged herein and in amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgement against the Defendants, and each of them, as follows:

1. For general property damages according to proof.
2. For costs of suit incurred herein.
3. For such other and further relief as the court deems just and proper.

DATED: June 12, 2025

Respectfully Submitted,

**FAREED ROSHANDELL**
By: Fareed Roshandell
Plaintiff in Pro Per

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| USPS General Counsel<br>475 L'Enfant Plaza SW<br>Washington DC, 20260-1100 | Fareed Roshandell<br>701 N Los Felices Cir W # L117<br>Palm Springs, CA 92262 |

| 3. TYPE OF EMPLOYMENT<br>[ ] MILITARY  [X] CIVILIAN | 4. DATE OF BIRTH<br>11/11/1955 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>Monday  07/01/2024 | 7. TIME (A.M. OR P.M.)<br>NA |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant has shipped a package through USPS with the value of $1449.95. claiment has paid for the shipping cost and also paid for the insurance which was insured by USPS. The package did not make it to destination and after two omnths finally USPS admitted that the package was lost. Since the package was insured, the USPS paid only $214.53 not the whole amount of insured package. I had so many contact with the USPS with no result, USPS is not willing to pay for the lost packge.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The shipped package was lost in USPS location in Palm Springs, CA

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

NA

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| USPS Employees | Palm Springs Location |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $1253.42 | NA | NA | $1253.42 + $193.26 court cost |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *(signature)* | 916-759-4458 | 03/04/2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

*Exhibit 1 Pag 1*

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | | |
|---|---|---|
| 15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No | | NA |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it in full coverage or deductible? ☐ Yes ☒ No | 17. If deductible, state amount. | NA |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). | | NA |
| 19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No | | NA |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS AFTER THE CLAIM ACCRUES.**

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 (REV. 2/2007) BACK

*Exhibit 1 P2*

UNITED STATES POSTAL SERVICES
GENERAL COUNSEL OFFICE
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-1100


CLAIMENT:
FAREED ROSHANDELL
701 N LOS FELICES CIR W # L117
PALM SPRINGS, CA 92262

RE: LOST PACKAGE

ARTICLE NUMBER: 9310820111410952736845, Claim ID: 9861999

DEAR CONSEL

On 07/01/2024, I have shipped a package from Palm Springs CA location, I paid for the postage and extra insurance for my shipment. The USPS lost my package, the package was 18X12X13 inches with a weight of 32 ponds. How do you lose a package this size? Is questionable? After 70 days back and forth with lots of paper works and phone calls, the USPS finally admitted that the package is lost and because it was insured, the USPS decided to reimburse me as a owner of the package only $214.53 (please see attached a copy of issued check by USPS). The package value was way over $1500, but it was insured only for $1449.95 (please see attached a copy of insured package and declared value). How USPS came up with $214.53 for reimbursement? Is also questionable?
Dear Counsel,
Please consider this letter as a legal notice, I have already spent $193.26 for the local court, the next step would be to file a claim in federal court which it would cost around another $600, which the USPS would pay for all these costs. I believe the USPS should pay the rest of the value of the lost package which is $1235.42 and the cost of bringing this matter to the court which is $193.26. At this stage the total would be $1446.68. I would like you to know if the USPS decided to not to reimburse my money I shall take a legal action to pursue this matter at the Federal court which it would cost another $600 or more.

Dated: 03/10/2025

                                    Respectfully
                                    Fareed Roshandell

*Exhibit 1 P3*

United States Postal Service
Domestic Claims
PO Box 80143
St Louis MO 63180-0143


UNITED STATES POSTAL SERVICE

August 21, 2024

Fareed Roshandell
701 N LOS FELICES CIR W UNIT L117
PALM SPRINGS CA 92262-0621

Claim ID: 9861999
Date Mailed: July 1, 2024
GERARDO CORICA
RESIDENCE
1 CALLE TAFT
11A
SAN JUAN PR 00911

Article Number: 9310820111410952736845

Dear Fareed Roshandell

This letter is in response to the insurance claim referenced above. Based on our investigation, your claim has been approved. However, it has been paid at a lesser amount than requested as indicated here:

AMOUNT REQUESTED: $1,449.95
PAYMENT AMOUNT : $100.00

Payment for this claim will be sent to you in a separate mailing within 10 days.

If you wish to appeal this decision, return a copy of this letter and a written appeal focused on the basis of the claim denial within 30 days from the date of this letter to:

CLAIM APPEALS
ACCOUNTING SERVICES
PO BOX 80141
ST LOUIS, MO 63180-0141

If the original claim was submitted online at usps.com, you may submit your appeal online using your customer account. For more information about claims, visit your local Post Office or our Web site at http://www.usps.com/insuranceclaims/.

The US Postal Service values your business. We apologize for any inconvenience you may have experienced as a result of this matter.

Sincerely,

United States Postal Service
Domestic Claims
PO Box 80143
St Louis MO 63180-0143

DC-38

*Exhibit 1 P4*

amazon seller central | SPAROUKH | United States | Search

Add your favorite pages here by clicking this icon in the navigation menu.

# Order details   Order ID: # 112-2526831-2189806   Your Seller Order ID: # Edit

Go back to order list     Print packing slip   Refund Order   Request a Review

## Order summary

| | | | | | |
|---|---|---|---|---|---|
| Ship by: | Mon, Jul 1, 2024 PDT | Shipping service: | Standard | | |
| Deliver by: | Mon, Jul 8, 2024 PDT | Fulfillment: | Seller | | |
| Purchase date: | Sun, Jun 30, 2024, 11:11 AM PDT | Sales channel: | Amazon.com | | |

**Ship to**
Gerardo Corica
SAN JUAN, PUERTO RICO 00911-1293
Address Type: Residential
Contact Buyer: Gerardo
See all 3 orders from this buyer

## Shipping Service used to calculate Delivery Promise

Carrier: UPS            Shipping Service: UPS® Ground

## More details

Tax Collection Model: MarketplaceFacilitator
Tax Collection Responsible Party: Amazon Services LLC

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| | | Coleman Voyager Pro 1500 Power Inverter - Portable Power Station, 1487Wh Lithium-Ion Battery, Fast Charging, Solar Power Inverter (Solar Panel Optional) for Home Backup Power, Camping & RVs ASIN: B0CS5FZZ8K SKU: mycall 158 | Condition: New Order Item ID: 103753775930321 | 2 | $1,449.95 | Item subtotal: Shipping total: Tax: Item total: | $2,899.90 $16.08 $333.48 $3,249.46 |

## Package 1

Action on package 1   Print packing slip

Ship date: Sun, Jun 30, 2024
Carrier: USPS
Shipping service: **USPS Priority Mail®**

Tracking ID   9310820111410952736845

### Shipping label purchase

Claims Protected
Confirmation Services: Delivery confirmation
**Declared Value: $1,449.95 insured by USPS / U-PIC**

Package type: Package
Dimensions (LWH): 18.0 x 12.0 x 13.0 IN
Package weight: 32.0 LB 0.0 OZ

Shipping Label: $121.28
Total shipping cost: $121.28

| Image | Product name | More information | Quantity | Proceeds | |
|---|---|---|---|---|---|
| | Coleman Voyager Pro 1500 Power Inverter - Portable Power Station, 1487Wh Lithium-Ion Battery, Fast Charging, Solar Power Inverter (Solar Panel Optional) for Home Backup Power, Camping & RVs ASIN: B0CS5FZZ8K SKU: mycall 158 | Condition: New Order Item ID: 103753775930321 | 1 | Item subtotal: Shipping total: Tax: Item total: | $2,899.90 $16.08 $333.48 $3,249.46 |

Package 2

*Exhibit 1 P5*



**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: 1-866-974-2733

## Remittance Advice

09-20-2024

Page 1 of 1
Vendor ID:       00000000500001
Check Number:    0323245940
Check Amount:    $*****214.53
Check Date:      09-20-2024

Fareed Roshandell
701 N LOS FELICES CIR W
# U
PALM SPRINGS CA 92262-0627

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice,Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | CCRS000000000000000004965912 Claim ID 9861999 | 09/19/24 | 214.53 | 214.53 | 0.00 | 0.00 | 214.53 |

- -Separate Along The Perforation- -

**UNITED STATES POSTAL SERVICE**

EAGAN MN 55121-9640
DATE  09-20-2024

F 41032648   60-937/213   0083-09   CHECK NO. 0323245940

Two Hundred Fourteen and 53/100 Dollars

$*****214.53

PAY TO THE ORDER OF
0323245940
Fareed Roshandell
701 N LOS FELICES CIR W
# U
PALM SPRINGS CA 92262-0627

VOID AFTER ONE YEAR   TREASURER

JPMorgan Chase Bank, NA
Syracuse, NY 13212-4710



Exhibit 1 P6

⑆0323245940⑆ ⑈021309379⑈ 606778568⑈