1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREED ROSHANDELL,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | No. 5:25-cv-01465-KK-SHK<br><br>**ORDER GRANTING DEFENDANT UNITED STATES POSTAL SERVICE'S MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date:　September 18, 2025<br>Hearing Time:　9:30 a.m.<br>Ctrm:　　　　　3<br><br>Honorable Kenly Kiya Kato<br>United States District Judge<br><br>**[NOTE CHANGES BY COURT]** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On August 11, 2025, defendant United States Postal Service ("Defendant" or "USPS") filed a Motion to Dismiss the Complaint ("Motion"). The Motion was noticed for hearing on September 18, 2025 before the Court. To date, Plaintiff has failed to file an opposition to the Motion.[1] Thus, Plaintiff's failure to file an opposition is deemed consent to the granting of the Motion. See Local Rule 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").

The Court, having considered the Motion, as well as the arguments of the parties and the papers submitted, and finding good cause, it is hereby ordered that: The Defendant's Motion to Dismiss is **GRANTED**, and this action is hereby **DISMISSED**. (JS-6).

IT IS SO ORDERED.

Dated: August 29, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's opposition was due August 28, 2025.

1